# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
### CENTRAL DIVISION

**ALONZO HAMPTON,**　　　　　　　　　　　　　　　　　　　　　　**PLAINTIFF**
**ADC #137559**

**v.**　　　　　　　　　　　　**4:20-cv-00892-KGB-JTK**

**WENDY KELLEY,** *et al.*　　　　　　　　　　　　　　　　　　　　　**DEFENDANTS**

## ORDER

Before the Court is the proposed findings and recommendations from United States Magistrate Judge Jerome T. Kearney (Dkt. No. 10). The parties have not filed objections to the proposed findings and recommendations. After a review of Judge Kearney's proposed findings and recommendations, the Court adopts them in their entirety (*Id.*).

It is therefore ordered that:

1. Defendants Wendy Kelley, Terri Bannister, Keith Waddle, and Dana McCoy, and plaintiff Alonzo Hampton's claims against them, are dismissed without prejudice.

2. Mr. Hampton's damages and expungement claims against all defendants are dismissed without prejudice to his right to reassert those claims should his disciplinary convictions be invalidated by a state tribunal or federal court.

3. Mr. Hampton's procedural due process claims with respect to disciplinary proceedings unrelated to the January 2, 2020, hearing are dismissed without prejudice.

So ordered this 21st day of October, 2020.

_____
KRISTINE G. BAKER
UNITED STATES DISTRICT JUDGE