# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# CENTRAL DIVISION

**ALONZO HAMPTON,**
**ADC #137559**                                                                                          **PLAINTIFF**

Case No. 4:20-cv-00892-KGB-JTK

**WENDY KELLEY,** *et al*.                                                                              **DEFENDANTS**

## ORDER

The Court has received Proposed Findings and Recommendations from United States Magistrate Judge Jerome T. Kearney entered on March 22, 2021 (Dkt. No. 36). There have been no objections, and the time for filing objections has passed. After a review of the Proposed Findings and Recommendations and the record, the Court adopts the Proposed Findings and Recommendations in their entirety. The Court denies plaintiff's motion for temporary restraining order and a preliminary injunction which the Court construes as a motion for preliminary injunctive relief (Dkt. No. 33).

It is so ordered this 29th day of March, 2022.

_____
KRISTINE G. BAKER
UNITED STATES DISTRICT JUDGE