IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**ALONZO HAMPTON,**
**ADC #137559**                                                                                     **PLAINTIFF**

Case No. 4:20-cv-00892-KGB-JTK

**WENDY KELLEY,** *et al*.                                                                  **DEFENDANTS**

## JUDGMENT

Pursuant to the Order entered this date, it is considered, ordered, and adjudged that petitioner Alonzo Hampton's claims are dismissed with prejudice. The relief sought is denied.

It is so adjudged this 29th day of March, 2022.

_____
Kristine G. Baker
United States District Judge